No. 94–9801.  ADAMS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–9802.  SIMS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–9804.  JOHNSON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 94–9805.  JONES v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–9806.  SPILIOTIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–9807.  NEWTON v. UNITED STATES;
No. 95–5008.  MOSS v. UNITED STATES;
No. 95–5086.  BATTEN v. UNITED STATES; and
No. 95–5089.  BROWN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–9808.  SCOTT v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–9809.  MCKINNEY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–9810.  LAURY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–9811.  DAVIS v. HENNEPIN COUNTY DEPARTMENT OF CHILDREN & FAMILY SERVICES.  Ct. App. Minn.  Certiorari denied.

No. 94–9812.  MCDOWELL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–9813.  LOCKETT v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 94–9814.  CUCCINIELLO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 94–9815.  BELL v. RODDY ET AL.  Ct. App. La., 1st Cir.  Certiorari denied.